| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>JEFFREY K. GARFINKLE (SBN: 153496)<br>CAROLINE R. DJANG (SBN: 216313)<br>BUCHALTER, a Professional Corporation<br>A Professional Corporation<br>18400 Von Karman Avenue, Suite 800<br>Irvine, CA  92612-0514<br>Telephone: 949-760-1121<br>Email:  jgarfinkle@buchalter.com<br>         cdjang@buchalter.com<br><br>☒ *Attorney for Classic Refrigeration SoCal, Inc., Debtor and Debtor in Possession*<br>☐ *Chapter 7 trustee* | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| In re:<br>CLASSIC REFRIGERATION SOCAL, INC., | CASE NO.: 8:22-bk-11239-TA<br>CHAPTER: 11 (Subchapter V) |
|---|---|
| | **AMENDED NOTICE OF HEARING ON APPLICATION FOR PAYMENT OF:**<br><br>☒ **INTERIM FEES AND/OR EXPENSES**<br>☐ **FINAL FEES AND/OR EXPENSES**<br><br>**[11 U.S.C. § 331 OR § 330]** |
| Debtor(s). | |

TO ALL INTERESTED PARTIES: NOTICE IS GIVEN that on the following date and time and in the indicated courtroom, the following Applicant(s) will move this court for an order approving a fee and/or expense application(s):

1. **Application Information**:    ☒ See attached page for information on additional applicants (prior Notice [Doc. 235] was missing the attachment page).
   a. Name of Applicant *(specify)*: Buchalter, A Professional Corporation
   b. Amount of fees requested: $495,394.50
   c. Amount of costs requested: $8,137.89
   d. Period covered by Application *(specify)*: July 25, 2022 - November 28, 2022
   e. Address of Applicant *(specify)*: 18400 Von Karman Avenue, Suite 800, Irvine, CA  92612-0514

   *(If more than one application is included in this notice, attach a separate sheet stating the above information for each Applicant)*

2. Hearing Date 12/21/2022        Time 10:00 a.m.    Courtroom 5B        Floor
   ☐ 255 East Temple Street, Los Angeles, CA 90012        ☒ 411 West Fourth Street, Santa Ana, CA 92701
   ☐ 21041 Burbank Boulevard, Woodland Hills, CA 91367    ☐ 1415 State Street, Santa Barbara, CA 93101
   ☐ 3420 Twelfth Street, Riverside, CA 92501

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2016*                                    Page 1                          **F 2016-1.1.NOTICE.HEARING.APP.FEES**

3. **Deadline for Opposition Papers**: If you wish to object to the application(s), you must file a written objection with the court and serve a copy of it upon the Applicant(s), the Debtor's attorney, and trustee's attorney, if any, no less than 14 days prior to the above hearing date. If you fail to file a written objection to the application(s) within such time period, the court may treat such failure as a waiver of your right to object to the application(s) and may approve the application(s). If you wish to review the full application(s), you may review the application(s) on file with the court or obtain a copy from Applicant(s).

4. **Deadline for Filing Other Professional Fee Applications**: If the above application(s) are for payment of interim fees, pursuant to LBR 2016-1, other professional persons retained pursuant to court approval may also seek approval of interim fees at this hearing, provided that they file and serve their applications in a timely manner. Unless otherwise ordered by the court, hearings on interim fee applications will not be scheduled less than 120 days apart.

Date: 11/30/2022

BUCHALTER, A Professional Corporation
Print name of law firm

/s/ Caroline R. Djang
Signature

Caroline R. Djang
Print name of attorney

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2016    Page 2    F 2016-1.1.NOTICE.HEARING.APP.FEES

**Additional Applicants:**

a. Name of Applicant: Baker Tilly US, LLP
b. Amount of fees requested: $48,487.00
c. Amount of costs requested: $0.00
d. Period covered by Application: August 4, 2022 through October 31, 2022
e. Address of Applicant: 3655 Nobel Drive, Suite 300, San Diego, CA 92122


a. Name of Applicant: Robert P. Goe, Subchapter V Trustee
b. Amount of fees requested: $75,381.50
c. Amount of costs requested: $114.75
d. Period covered by Application: July 25, 2022 through November 23, 2022
e. Address of Applicant: 17701 Cowan, Building D, Suite 210, Irvine, CA 92614

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2016*     Page 3     **F 2016-1.1.NOTICE.HEARING.APP.FEES**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
BUCHALTER, 1000 Wilshire Blvd., Suite 1500, Los Angeles, CA 90017

A true and correct copy of the foregoing document entitled: **NOTICE OF HEARING ON APPLICATION FOR PAYMENT OF INTERIM OR FINAL FEES AND/OR EXPENSES UNDER 11 U.S.C. § 331 OR § 330** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On *(date)* 11/30/2022, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:
See attached.

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On *(date)* 11/30/2022, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Hon. Theodor C. Albert
United States Bankruptcy Court
Central District of California
Ronald Reagan Federal Building and Courthouse
411 West Fourth Street, Suite 5085 / Courtroom 5B
Santa Ana, CA 92701-4593

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on *(date)* _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 11/30/2022 | Shirlene Martin | /s/ Shirlene Martin |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2016* — Page 3 — F 2016-1.1.NOTICE.HEARING.APP.FEES

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:
   - John A Boyd    fednotice@tclaw.net
   - Greg P Campbell    ch11ecf@aldridgepite.com, gc@ecf.inforuptcy.com;gcampbell@aldridgepite.com
   - Nicholas S Couchot    ncouchot@buchalter.com, docket@buchalter.com;marias@buchalter.com
   - Caroline Djang    cdjang@buchalter.com, docket@buchalter.com;smartin@buchalter.com;lverstegen@buchalter.com
   - Jeffrey Garfinkle    jgarfinkle@buchalter.com, docket@buchalter.com;lverstegen@buchalter.com
   - Jared Glicksman    jglicksman@yocca.com
   - Robert Paul Goe (TR)    bktrustee@goeforlaw.com, bkadmin@goeforlaw.com;C187@ecfcbis.com;kmurphy@goeforlaw.com;rgoe@goeforlaw.com
   - Arvind Nath Rawal    arawal@aisinfo.com
   - Timothy J Silverman    tsilverman@scheerlawgroup.com, tsilverman1@ecf.courtdrive.com
   - Leslie Skorheim    leslie.skorheim@usdoj.gov
   - Jason M Torf    jason.torf@tuckerellis.com, Laura.Hong@tuckerellis.com;Brian.Brookey@tuckerellis.com
   - Laurie A Traktman    lat@gslaw.org, paralegal@gslaw.org
   - United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

**In re Classic Refrigeration**
**Case No. 8:22-bk-11239 TA**
**20 Largest List**

| | |
|---|---|
| Accountable Air Conditioning, Inc.<br>13089 Peyton Dr., #C136<br>Chino Hills, CA 91709 | Ahern Rentals<br>PO Box 271390<br>Las Vegas, NV 89127-1390 |
| Arctic Cooling Systems<br>PO Box 168830<br>Denver, CO 80291-8830 | Arctic Glacier<br>PO Box 856530<br>Minneapolis, MN 55485 |
| ARS – American Refrigeration Supplies, Inc<br>PO Box 21127<br>Phoenix, AZ 85036 | Baker Distributing Company<br>P.O. BOX 848459<br>Dallas, TX 75284-8459 |
| Bitzer US Inc<br>P.O. Box 102010<br>Atlanta, GA 30368-2010 | California Associated Power, Inc.<br>2100 Montrose Ave. #628<br>Montrose CA 91020 |
| Emerson Digital<br>21263 Network Place<br>Chicago, IL 60673-1212 | Heatcraft Refrigeration Products LLC<br>P.O. Box 4346 Dept #895<br>Houston, TX 77210-4346 |
| Hill Phoenix, Inc.<br>2016 Gees Mill Road<br>Conyers, GA 30013 | HTPG Heat Transfer<br>29946 Network Place<br>Chicago, IL 60673 |
| Hydraulic Cranes<br>10805 S Painter Ave<br>Santa Fe Springs, CA 90670 | Rapid Recovery<br>1100 Haskins Road<br>Bowling Green, OH 43402 |
| Rhino Mechanical, Inc.<br>1638-A West 9th St.<br>Upland, CA 91786 | RSD<br>26021 Atlantic Ocean Drive<br>Lake Forest, CA 92630 |
| Sentry Insurance<br>PO Box 8048<br>Stevens Point, WI 54481-804 | Shaw APL SoCal LLC<br>PO Box 61612<br>Vancouver, WA 98666 |
| SVF Walnut Avenue<br>Fullerton Corp - Lease - File 2019<br>1801 W. Olympic<br>Pasadena, CA 91199-2019 | United Refrigeration, Inc.<br>PO Box 677036<br>Dallas, TX 75267-7036 |

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2016    Page 3    F 2016-1.1.NOTICE.HEARING.APP.FEES