| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>JEFFREY K. GARFINKLE (SBN: 153496)<br>CAROLINE R. DJANG (SBN: 216313)<br>BUCHALTER, a Professional Corporation<br>A Professional Corporation<br>18400 Von Karman Avenue, Suite 800<br>Irvine, CA 92612-0514<br>Telephone: 949.760.1121<br>Email: jgarfinkle@buchalter.com<br>         cdjang@buchalter.com<br>Attorneys for Classic Refrigeration SoCal, Inc., Debtor and Debtor in Possession<br><br>☒ *Attorney for Movant*<br>☐ *Movant appearing without an attorney* | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION**

| In re:<br>CLASSIC REFRIGERATION SOCAL, INC.,<br><br><br>Debtor(s) | CASE NO.: 8:22-bk-11239-TA<br>CHAPTER: 11 |
|---|---|
| | **AMENDED SUPPLEMENTAL NOTICE OF HEARING TO BE HELD REMOTELY USING ZOOMGOV AUDIO AND VIDEO** |
| | HEARING DATE:    December 21, 2022<br>HEARING TIME:    10:00 a.m.<br><br>☐ **Movant intends to appear in person** |

**Movant:** Classic Refrigeration SoCal, Inc.

1. The Movant has filed the following written notice or other pleading ("Notice") advising of a hearing to be held in the above-captioned case, on the date and time indicated above, before the Honorable Theodor C. Albert, United States Bankruptcy Judge *(insert name of pleading and, if available, docket number)*:

   > **AMENDED NOTICE OF HEARING ON APPLICATION FOR PAYMENT OF: INTERIM FEES AND/OR EXPENSES OF (I) BUCHALTER, A PROFESSIONAL CORPORATION; (II) BAKER TILLY US, LLP; AND (III) ROBERT P. GOE, SUBCHAPTER V TRUSTEE [DOC. 237]**

2. **Please be advised that because of the COVID-19 pandemic, the Court will conduct the hearing using ZoomGov audio and video technology**. Information on how to participate in the hearing using ZoomGov is provided on the following page of this notice.

3. **If a responding party wishes to appear in person advance notice is required.** The language "[R]esponding party intends to appear in person" must appear prominently below the hearing information in the caption on the first document filed in response to the motion.

4. Hearing participants and members of the public may participate in and/or observe the hearing using ZoomGov, free of charge.

5. Individuals may connect by ZoomGov audio and video using a personal computer (equipped with camera, microphone and speaker), or a handheld mobile device with an integrated camera, microphone and speaker (such as an iPhone, iPad, Android phone or Android tablet). The connection can be initiated by entering the "Meeting URL" into a web browser on any of these devices, provided the device is connected to the Internet. Individuals connecting in this manner will be prompted for the Meeting ID and Password shown below.

6. Individuals also may connect to the hearing by telephone only, using the telephone number provided below. Individuals connecting in this manner also will be prompted for the Meeting ID and Password.

7. Neither a Zoom nor a ZoomGov account is necessary to participate in or observe the hearing, and no pre-registration is required.

8. The audio portion of the hearing will be recorded electronically by the Court and constitute its official record.

9. All persons are strictly prohibited from making any other recording of court proceedings, whether by video, audio, "screenshot," or otherwise. Violation of this prohibition may result in the imposition of monetary and non-monetary sanctions.

10. The following is the unique ZoomGov connection information for the above-referenced hearing:

    Meeting URL: https://cacb.zoomgov.com/j/1605416024

    Meeting ID: 160 541 6024

    Password: 855371

    Telephone: 1 (669) 254 5252 or 1 (646) 828-7666

11. More information on using ZoomGov to participate in this hearing is available on the Court's website at the following web address: https://www.cacb.uscourts.gov/news/zoom-video-hearing-guide-and-training-participants.

Date: 11/30/2022

Buchalter, A Professional Corporation
Printed name of law firm (if applicable)

/s/ Caroline R. Djang
Printed name of individual Movant or attorney for Movant

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
BUCHALTER, 1000 Wilshire Blvd., Suite 1500, Los Angeles, CA 90017

A true and correct copy of the foregoing document entitled (*specify*): AMENDED SUPPLEMENTAL NOTICE OF HEARING TO BE HELD REMOTELY USING ZOOMGOV AUDIO AND VIDEO

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 11/30/2022, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 11/30/2022, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
Hon. Theodor C. Albert
United States Bankruptcy Court
Central District of California
Ronald Reagan Federal Building and Courthouse
411 West Fourth Street, Suite 5085 / Courtroom 5B
Santa Ana, CA 92701-4593

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 11/30/2022 | Shirlene Martin | /s/ Shirlene Martin |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:
   - John A Boyd    fednotice@tclaw.net
   - Greg P Campbell    ch11ecf@aldridgepite.com, gc@ecf.inforuptcy.com;gcampbell@aldridgepite.com
   - Nicholas S Couchot    ncouchot@buchalter.com, docket@buchalter.com;marias@buchalter.com
   - Caroline Djang    cdjang@buchalter.com, docket@buchalter.com;smartin@buchalter.com;lverstegen@buchalter.com
   - Jeffrey Garfinkle    jgarfinkle@buchalter.com, docket@buchalter.com;lverstegen@buchalter.com
   - Jared Glicksman    jglicksman@yocca.com
   - Robert Paul Goe (TR)    bktrustee@goeforlaw.com, bkadmin@goeforlaw.com;C187@ecfcbis.com;kmurphy@goeforlaw.com;rgoe@goeforlaw.com
   - Arvind Nath Rawal    arawal@aisinfo.com
   - Timothy J Silverman    tsilverman@scheerlawgroup.com, tsilverman1@ecf.courtdrive.com
   - Leslie Skorheim    leslie.skorheim@usdoj.gov
   - Jason M Torf    jason.torf@tuckerellis.com, Laura.Hong@tuckerellis.com;Brian.Brookey@tuckerellis.com
   - Laurie A Traktman    lat@gslaw.org, paralegal@gslaw.org
   - United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

In re Classic Refrigeration
Case No. 8:22-bk-11239 TA
20 Largest List

| | |
|---|---|
| Accountable Air Conditioning, Inc.<br>13089 Peyton Dr., #C136<br>Chino Hills, CA 91709 | Ahern Rentals<br>PO Box 271390<br>Las Vegas, NV 89127-1390 |
| Arctic Cooling Systems<br>PO Box 168830<br>Denver, CO 80291-8830 | Arctic Glacier<br>PO Box 856530<br>Minneapolis, MN 55485 |
| ARS – American Refrigeration Supplies, Inc<br>PO Box 21127<br>Phoenix, AZ  85036 | Baker Distributing Company<br>P.O. BOX 848459<br>Dallas, TX 75284-8459 |
| Bitzer US Inc<br>P.O. Box 102010<br>Atlanta, GA 30368-2010 | California Associated Power, Inc.<br>2100 Montrose Ave. #628<br>Montrose CA 91020 |
| Emerson Digital<br>21263 Network Place<br>Chicago, IL 60673-1212 | Heatcraft Refrigeration Products LLC<br>P.O. Box 4346 Dept #895<br>Houston, TX 77210-4346 |
| Hill Phoenix, Inc.<br>2016 Gees Mill Road<br>Conyers, GA 30013 | HTPG Heat Transfer<br>29946 Network Place<br>Chicago, IL 60673 |
| Hydraulic Cranes<br>10805 S Painter Ave<br>Santa Fe Springs, CA 90670 | Rapid Recovery<br>1100 Haskins Road<br>Bowling Green, OH 43402 |
| Rhino Mechanical, Inc.<br>1638-A West 9th St.<br>Upland, CA 91786 | RSD<br>26021 Atlantic Ocean Drive<br>Lake Forest, CA 92630 |
| Sentry Insurance<br>PO Box 8048<br>Stevens Point, WI 54481-804 | Shaw APL SoCal LLC<br>PO Box 61612<br>Vancouver, WA 98666 |
| SVF Walnut Avenue<br>Fullerton Corp - Lease - File 2019<br>1801 W. Olympic<br>Pasadena, CA 91199-2019 | United Refrigeration, Inc.<br>PO Box 677036<br>Dallas, TX 75267-7036 |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**