JEFFREY K. GARFINKLE (SBN: 153496)
CAROLINE DJANG (SBN: 216313)
BUCHALTER
A Professional Corporation
18400 Von Karman Avenue, Suite 800
Irvine, CA 92612-0514
Telephone: 949.760.1121
Fax: 949.720.0182
Email: cdjang@buchalter.com

Attorneys for Reorganized Debtor
CLASSIC REFRIGERATION SOCAL, INC.

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

| | |
|---|---|
| In re | Case No. 8:22-BK-11239-TA |
| CLASSIC REFRIGERATION SOCAL, INC., | Chapter 11 |
| Debtor. | **DEBTOR'S THIRD POST-CONFIRMATION REPORT** |

**TO THE HONORABLE THEODOR C. ALBERT, UNITED STATES BANKRUPTCY JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, ALL CREDITORS, SUBCHAPTER V TRUSTEE AND ALL INTERESTED PARTIES:**

The Reorganized Debtor, Classic Refrigeration SoCal, Inc. (the "Debtor") submits the following Post-Confirmation Report pursuant to LBR 3020-1(b), (c) and 3020-2.

A.    **Confirmation and Implementation of the Plan**

1.    The *Order Confirming Revised Subchapter V Plan of Reorganization Dated March 22, 2023* [Doc. 304] (the "Confirmation Order") was entered by the Court on April 4, 2023.

2.    The *Debtor's Revised Subchapter V Plan of Reorganization dated March 22, 2023* [Doc. 297] (the "Plan") went effective on April 4, 2023 (the "Effective Date").

3.    The Plan was substantially consummated on June 4, 2023 [Doc. 339].

4. The Debtor commenced making distributions required under the Plan on the Effective Date.

5. Debtor filed a *Motion for Final Decree Closing the Debtor's Chapter 11 Case* on December 28, 2023 [Doc. 351] ("Motion"). A hearing on the Motion will be heard on January 24, 2024.

**B. Projections as to the reorganized debtor's, postconfirmation trustee's, or other responsible party's continuing ability to comply with the terms of the plan**

The Debtor has continued to comply with the terms of the Plan.

**C. Estimated date for plan consummation and application for final decree**

The Plan has already been substantially consummated. *See* Doc. 339. The Debtor's Motion for final decree is set for hearing on January 24, 2024.

**D. Other pertinent information needed to explain the progress toward completion of the confirmed plan. Reporting entities whose equity securities are registered under Section 12(b) of the Securities Exchange Act of 1934 may provide information from their latest 10Q or 10K filing with the S.E.C., if it is responsive to the requirements of this subsection**

On or about December 22, 2023, the Debtor completed all payments due under the Plan. Debtor is not a reporting entity whose equity securities are registered under Section 12(b) of the Securities Exchange Act of 1934.

**E. Schedule listing for each debt and each class of claims; the total amount required to be paid under the plan; the amount required to be paid as of the date of the report; the amount actually paid as of the date of the report; and the deficiency, if any, in required payments**

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

| Class | Amount Required to be Paid Under the Plan | Amount Required to be Paid as of the Date of the Report | Amount Actually Paid as of the Date of the Report |
|---|---|---|---|
| Class 1 - Priority Claims | $316,000 | $24,000 | $316,000 |
| Class 2 - Secured Claims | $1,479,600 | $369,900 | $1,479,600 |
| Class 3 – Convenience Claims | $5,000 | $5,000 | $5,000 |
| Class 4 – General Unsecured Claims | $1,443,300 | $481,100 | $1,443,300 |
| Class 5 - Insider Unsecured Claims | $0 | $0 | $0 |
| Class 6 - Equity Security Interests | $0 | $0 | $0 |
| Administrative Expenses | $1,506,733 | $831,733 | $1,306,987.70 |

F.    **Schedule of any and all postconfirmation tax liabilities that have accrued or come due and a detailed explanation of payments thereon**

Post-confirmation, payroll taxes have been paid on a weekly basis. Sales Tax filings through the first quarter of 2023 have been paid, and for the second quarter of 2023 will be filed and paid before the end of the month. State and Federal corporate taxes have been paid through 2022. Estimated corporate taxes for the first and second quarters of 2023 have been paid. Debtor has used approximately $1,000,000 of its loss carry forward for 2022. Thus, all taxes that have accrued or come due post-petition are current.

DATED: January 8, 2024                          BUCHALTER


                                                By:  /s/ Caroline R. Djang
                                                     CAROLINE R. DJANG
                                                Attorneys for CLASSIC REFRIGERATION
                                                           SOCAL, INC.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

18400 Von Karman Avenue, Suite 800, Irvine, CA 92612-0514

A true and correct copy of the foregoing document entitled (*specify*): **DEBTOR'S THIRD POST-CONFIRMATION REPORT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 1/8/24, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

SEE ATTACHED

☑ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 1/8/24, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

SEE ATTACHED

☑ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) , I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☑ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 1/8/2024 | Laurie Verstegen | |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

BUCHALTER
A PROFESSIONAL CORPORATION
IRVINE

June 2012

BN 80261917v1

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

F 9013-3.1.PROOF.SERVICE

**8:22-bk-11239-TA Notice will be electronically mailed to:**

John A Boyd on behalf of Creditor United Refrigeration Inc
fednotice@tclaw.net

Greg P Campbell on behalf of Interested Party Courtesy NEF
ch11ecf@aldridgepite.com, gc@ecf.inforuptcy.com;gcampbell@aldridgepite.com

Nicholas S Couchot on behalf of Debtor Classic Refrigeration SoCal, Inc.
ncouchot@buchalter.com, docket@buchalter.com;marias@buchalter.com

Caroline Djang on behalf of Debtor Classic Refrigeration SoCal, Inc.
cdjang@buchalter.com, docket@buchalter.com;lverstegen@buchalter.com

Caroline Djang on behalf of Plaintiff Classic Refrigeration SoCal, Inc.
cdjang@buchalter.com, docket@buchalter.com;lverstegen@buchalter.com

Scott D Fink on behalf of Creditor Toyota Industries Commercial Finance Inc.
colcaecf@weltman.com

Jeffrey Garfinkle on behalf of Debtor Classic Refrigeration SoCal, Inc.
jgarfinkle@buchalter.com, docket@buchalter.com;lverstegen@buchalter.com

Jeffrey Garfinkle on behalf of Plaintiff Classic Refrigeration SoCal, Inc.
jgarfinkle@buchalter.com, docket@buchalter.com;lverstegen@buchalter.com

Jared Glicksman on behalf of Creditor Hill Phoenix, Inc.
jglicksman@yocca.com

Jared Glicksman on behalf of Defendant Hill Phoenix, Inc.
jglicksman@yocca.com

Robert Paul Goe (TR)
bktrustee@goeforlaw.com,
kwareh@goeforlaw.com;bkadmin@goeforlaw.com;C187@ecfcbis.com;kmurphy@goeforlaw.com;rgoe@goeforlaw.com

Kenneth Misken on behalf of U.S. Trustee United States Trustee (SA)
Kenneth.M.Misken@usdoj.gov

Arvind Nath Rawal on behalf of Creditor Ally Bank, c/o AIS Portfolio Services, LLC
arawal@aisinfo.com

Amitkumar Sharma on behalf of Creditor Ally Bank, c/o AIS Portfolio Services, LLC
amit.sharma@aisinfo.com

Timothy J Silverman on behalf of Creditor ALLY BANK
tsilverman@scheerlawgroup.com, tsilverman1@ecf.courtdrive.com

Jason M Torf on behalf of Creditor Hill Phoenix, Inc.
jason.torf@tuckerellis.com, christine.cassidy@tuckerellis.com

Jason M Torf on behalf of Defendant Hill Phoenix, Inc.
jason.torf@tuckerellis.com, christine.cassidy@tuckerellis.com

BUCHALTER
A PROFESSIONAL CORPORATION
IRVINE

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                      **F 9013-3.1.PROOF.SERVICE**
BN 80261917v1

**Laurie A Traktman on behalf of Interested Party Courtesy NEF**
lat@gslaw.org, paralegal@gslaw.org

**United States Trustee (SA)**
ustpregion16.sa.ecf@usdoj.gov

BUCHALTER
A PROFESSIONAL CORPORATION
IRVINE

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                            **F 9013-3.1.PROOF.SERVICE**

BN 80261917v1

**VIA US Mail Service:**

20 Largest Creditors

| | |
|---|---|
| Accountable Air Conditioning, Inc.<br>13089 Peyton Dr., #C136<br>Chino Hills, CA 91709 | Ahern Rentals<br>PO Box 271390<br>Las Vegas, NV 89127-1390 |
| Arctic Cooling Systems<br>PO Box 168830<br>Denver, CO 80291-8830 | Arctic Glacier<br>PO Box 856530<br>Minneapolis, MN 55485 |
| ARS – American Refrigeration Supplies, Inc<br>PO Box 21127<br>Phoenix, AZ  85036 | Baker Distributing Company<br>P.O. BOX 848459<br>Dallas, TX 75284-8459 |
| Bitzer US Inc<br>P.O. Box 102010<br>Atlanta, GA 30368-2010 | California Associated Power, Inc.<br>2100 Montrose Ave. #628<br>Montrose CA 91020 |
| Emerson Digital<br>21263 Network Place<br>Chicago, IL 60673-1212 | Heatcraft Refrigeration Products LLC<br>P.O. Box 4346 Dept #895<br>Houston, TX 77210-4346 |
| Hill Phoenix, Inc.<br>2016 Gees Mill Road<br>Conyers, GA 30013 | HTPG Heat Transfer<br>29946 Network Place<br>Chicago, IL 60673 |
| Hydraulic Cranes<br>10805 S Painter Ave<br>Santa Fe Springs, CA 90670 | Rapid Recovery<br>1100 Haskins Road<br>Bowling Green, OH 43402 |
| Rhino Mechanical, Inc.<br>1638-A West 9th St.<br>Upland, CA 91786 | RSD<br>26021 Atlantic Ocean Drive<br>Lake Forest, CA 92630 |
| Sentry Insurance<br>PO Box 8048<br>Stevens Point, WI 54481-804 | UNDELIVERABLE<br>~~Shaw APL SoCal LLC~~<br>~~PO Box 61612~~<br>~~Vancouver, WA 98666~~ |
| SVF Walnut Avenue<br>Fullerton Corp - Lease - File 2019<br>1801 W. Olympic<br>Pasadena, CA 91199-2019 | UNDELIVERABLE<br>~~United Refrigeration, Inc.~~<br>~~PO Box 677036~~<br>~~Dallas, TX 75267-7036~~ |

BUCHALTER
A PROFESSIONAL CORPORATION
IRVINE

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

**F 9013-3.1.PROOF.SERVICE**

BN 80261917v1